UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

BRYAN ROBERT DOYLE,

           Plaintiff,

                                              Case No. 18-CV-736

    vs.

CHRISTOPHER STACHEL,

           Defendant.

## DEFENDANT'S NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned appears as counsel on behalf of Defendant Christopher Stachel, and demand that copies of all pleadings and notice of all proceedings subsequent to the date of this notice be served upon us at our offices at Gunta Law Offices, S.C., 9898 W. Bluemound Rd., Suite 2, Wauwatosa, Wisconsin 53226.

Dated at Wauwatosa, Wisconsin, this 27th day of September, 2018.

GUNTA LAW OFFICES, S.C.
Attorneys for Defendant Christopher Stachel

By:    /s/ John A. Wolfgang
        Gregg J. Gunta WI State Bar No. 1004322
        Ann C. Wirth WI State Bar No. 1002469
        John A. Wolfgang WI State Bar No. 1045325
        9898 West Bluemound Road, Suite 2
        Wauwatosa, Wisconsin  53226
        T: (414) 291-7979  /  F: (414) 291-7960
        Email: gjg@guntalaw.com
               acw@guntalaw.com
               jaw@guntalaw.com