# GUNTA LAW OFFICES, S.C.
<u>ATTORNEYS AT LAW</u>

*Attorneys*
Gregg J. Gunta, Esq.
Ann C. Wirth, Esq.
John A. Wolfgang, Esq.*
*Partner
Tom Armstrong, Esq.**
**Of Counsel

*Paralegals*
Kerry Fredericks
Kimberly Griffith
Tammy Murphy

September 27, 2018

**<u>Via ECF</u>**

Peter Oppeneer, Clerk
United States District Court
Western District of Wisconsin
120 North Henry Street
Madison, Wisconsin  53703

Re:   Bryan Robert Doyle v. Christopher Stachel
      Case No. 18-CV-736

Dear Clerk Oppeneer:

The undersigned attorneys for the Defendant electronically submits their Notice of Appearance, Disclosure Statement and Answer and Affirmative Defenses in the above referenced matter.

Thank you in advance for your assistance with this matter.

Very truly yours,

/s/ John A. Wolfgang

John A. Wolfgang, WI State Bar No. 1045325
Attorneys for the Defendant
GUNTA LAW OFFICES, S.C.
9898 West Bluemound Road, Suite 2
Wauwatosa, Wisconsin 53226
Telephone: (414) 291-7979
Facsimile:  (414) 291-7960
Email: jaw@guntalaw.com

JAW/trm
Enclosures

cc:   Robert J. Gingras, Esq. (w/ Encl.; via ECF)
      Amy Jo Gillingham (w/ Encl.; via Email)
      Christopher Stachel (w/ Encl.; via Email)
      Patrick Conlin (w/Encl.; via Email)
      Tom Mann, Claims Manager/Liability (w/ Encl.; via Email)