IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

BRYAN ROBERT DOYLE,

    Plaintiff,

v.   Case No. 18-cv-736

CHRISTOPHER STACHEL,

    Defendant.

---

**PLAINTIFF'S DISCLOSURE OF EXPERT WITNESS**

---

NOW COMES the Plaintiff, Bryan Doyle, by his attorneys, Gingras, Cates & Wachs, by Robert J. Gingras, and hereby designates the following expert witnesses who may be called to testify at the trial in this matter:

1. John Ryan
   700 North Carr Road, #595
   Plainfield, IN  46168
   (317) 386-8325

   Copies of Mr. Ryan's expert report, CV and fee schedule are being filed contemporaneously with this Disclosure.

2. Phillip N. Zimmermann, MD
   UW Health
   Internal Medicine
   20 South Park Street
   Madison, WI  53703

   As the Plaintiff's treating physician, Dr. Zimmermann will give opinions on the injuries sustained by the Plaintiff as a result of his September, 2015 encounter with the Defendant.

Plaintiff reserves the right to call all expert witnesses designated by the Defendant.

Plaintiff reserves the right to name rebuttal expert witnesses.

2

Dated this 29th day of March, 2019.

                                                     GINGRAS, CATES & WACHS

                                    BY:    /s/ Robert J. Gingras
                                                          Robert J. Gingras
                                                          State Bar No.: 1002909
                                                          8150 Excelsior Drive
                                                          Madison, WI 53717
                                                          P: (608) 833-2632
                                                          F: (608) 833-2874
                                                          gingras@gcwlawyers.com
                                                          Attorneys for Plaintiff